**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01261-CV

**BLAKE SMITH, M.D., BAYLOR SCOTT & WHITE HEALTH SYSTEM, BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE, TEXAS HEART HOSPITAL OF THE SOUTHWEST LLP D/B/A THE HEART HOSPITAL BAYLOR PLANO AND RICHARD FEINGOLD, D.O., Appellants**

**V.**

**HARRY JOHNSON AND LYNN JOHNSON, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01488**

## ORDER

Before the Court is appellants' Baylor Scott & White Health System, Baylor Regional Medical Center of Grapevine, Texas Heart Hospital of the Southwest LLP d/b/a The Heart Hospital Baylor Plano, and Richard Feingold D.O. December 12, 2016 unopposed motion for extension of time to file a brief. Appellants' motion is **GRANTED**. Appellants' brief shall be filed January 10, 2017. Any further extensions motions in this accelerated appeal will be disfavored.

/s/     CRAIG STODDART
          JUSTICE